B 2100A (Form 2100A) (12/15)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  :
  :
  Hilda A. Natta  :   Case No.: 17-70314
  :   **Chapter 13**
  Debtor(s).  :   Judge Jeffery A. Deller
  :   * * * * * * * * * * * * * * * * * * * * * *

## AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Wells Fargo Bank, N.A.                                    Nationstar Mortgage LLC
Name of Transferee                                         Name of Transferor

Name and Address where notices to Transferee             Court claim # (if known): 13
should be sent:                                          Amount of Claim
                                                            Total Debt: $107,793.90
Wells Fargo Bank, N.A.                                      Arrearage Portion: $0.00
Default Document Processing,                             Date Claim Filed: August 24, 2017
    MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700
POCNOTIFICATIONS@WELLSFARGO.COM

Phone: 800-274-7025                                      Phone: 877-343-5602
Last four Digits of Acct #: 7348                         Last Four Digits of Acct. #: 8904

Name and Address where Transferee payments
should be sent (if different from above):

Wells Fargo Bank, N.A.
1 Home Campus
Attention: Payment Processing
    MAC #X2302-04C
Des Moines IA 50328
POCNOTIFICATIONS@WELLSFARGO.COM

Phone: 800-274-7025
Last four Digits of Acct #: 7348

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ Karina Velter                                 Dated: July 18, 2018

Penalty for making a false statement: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

17-043509_EDG

B 2100A (Form 2100A) (12/15)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Hilda A. Natta | : | Case No.: 17-70314 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Jeffery A. Deller |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 16, 2018.

Service by ECF:
Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219

Kenneth P. Seitz, Attorney for Hilda A. Natta, P.O. Box 211, Ligonier, PA 15658, thedebterasers@aol.com

Service by First-Class Mail:
Hilda A. Natta, 776 E. Oakmont Boulevard, Johnstown, PA 15904

Joseph Natta, 414 Nees Avenue, Johnstown, PA 15904

Hilda A. Natta and Joseph Natta, 414 Nees Avenue, Johnstown, PA 15904-1224

EXECUTED ON: July 18, 2018

By: /s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
94781
List Bar I.D. and State of Admission

17-043509_EDG