**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-70314-JAD |
| Hilda A. Natta, | : | |
| Debtor | : | Chapter 13 |
| | : | |

**CERTIFICATE OF SERVICE OF AMENDED**
**CHAPTER 13 PLAN DATED OCTOBER 24, 2018**

    I, Kenneth P. Seitz, Esquire for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 26th day of October, 2018, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan with attached Amended Chapter 13 Plan dated October 24, 2018, along with a copy of the Order dated October 25, 2018, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

|  |  |
|---|---|
| Executed on: <u>October 26, 2018</u> | Respectfully submitted,<br>  /s/ Kenneth P. Seitz, Esquire<br>Kenneth P. Seitz, Esquire<br>PA I.D. # 81666<br>Law Offices of Kenny P. Seitz<br>P. O. Box 211<br>Ligonier, PA  15658<br>(814) 536-7470<br>Attorney for Debtor |

_____
*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing          Nationstar Mortgage LLC                  PRA Receivables Management, LLC
0315-7                                   Robertson, Anschutz & Schneid, P.L.      PO Box 41021
Case 17-70314-JAD                        6409 Congress Ave., Suite 100            Norfolk, VA 23541-1021
WESTERN DISTRICT OF PENNSYLVANIA         Boca Raton, FL 33487-2853
Johnstown
Wed Oct 24 14:46:22 EDT 2018

7                                        (p)BANK OF AMERICA                       Bank of America, N.A.
U.S. Bankruptcy Court                    PO BOX 982238                            P O Box 982284
5414 U.S. Steel Tower                    EL PASO TX 79998-2238                    El Paso, TX 79998-2284
600 Grant Street
Pittsburgh, PA 15219-2703


Capital One                              Capital One, N.A.                        Chase Card
Attn: Bankruptcy                         c/o Becket and Lee LLP                   Attn: Correspondence Dept
Po Box 30285                             PO Box 3001                              Po Box 15298
Salt Lake City, UT 84130-0285            Malvern PA 19355-0701                    Wilmington, DE 19850-5298


Comenity Capital/mprc                    Comenitycapital/boscov                   G A P Federal Credit U
Po Box 182125                            Comenity Bank                            111 Franklin St Rm 224
Columbus, OH 43218-2125                  Po Box 182125                            Johnstown, PA 15901-1876
                                         Columbus, OH 43218-2125


GAP FCU                                  Kohls/Capital One                        LVNV Funding, LLC its successors and assigns
194 Donald Lane                          Kohls Credit                             assignee of SALLIE MAE BANK
Suite #3                                 Po Box 3043                              Resurgent Capital Services
Johnstown, PA 15904-2840                 Milwaukee, WI 53201-3043                 PO Box 10587
                                                                                  Greenville, SC 29603-0587


LVNV Funding, LLC its successors and assigns    Lending Club Corp                 MIDLAND FUNDING LLC
PO Box 10587                             71 Stevenson St                          PO BOX 2011
Greenville, SC 29603-0587                Suite 300                                WARREN, MI 48090-2011
                                         San Francisco, CA 94105-2985


Nationstar Mortgage, LLC                 (p)NATIONSTAR MORTGAGE LLC               Office of the United States Trustee
8950 Cypress Waters Boulevard            PO BOX 619096                            Liberty Center.
Coppell, TX 75019-4620                   DALLAS TX 75261-9096                     1001 Liberty Avenue, Suite 970
                                                                                  Pittsburgh, PA 15222-3721


Prime Solutions, LLC                     Quantum3 Group LLC as agent for          Syncb/wolf Furniture
520 Mendocino Avenue, Suite 330          MOMA Funding LLC                         Po Box 965064
Santa Rosa, CA 95401-5255                PO Box 788                               Orlando, FL 32896-5064
                                         Kirkland, WA 98083-0788


Synchrony Bank                           Synchrony Bank/Sams                      Synchrony Bank/Walmart
c/o PRA Receivables Management, LLC      Po Box 965060                            Attn: Bankruptcy
PO Box 41021                             Orlando, FL 32896-5060                   Po Box 956060
Norfolk VA 23541-1021                                                             Orlando, FL 32896-0001


Wells Fargo Bank, N.A.                   Wells Fargo Bank, N.A.                   Hilda A Natta
1 Home Campus                            Attn: Payment Processing                 414 Nees Avenue
Attention: Payment Processing            MAC #X2302-04C                           Johnstown, PA 15904-1224
MAC #X2302-04C                           One Home Campus
Des Moines IA 50328-0001                 Des Moines, IA 50328-0001
```

Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658-0211

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Po Box 982238
El Paso, TX 79998

Nationstar Mortgage, LLC
ATTN: Bankruptcy Department
P.O. Box 619096
Dallas, TX 75261-9741

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)NATIONSTAR MORTGAGE LLC

(u)Wells Fargo Bank, N.A.

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    31
Bypassed recipients     3
Total                  34