# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | Case No. 17-70314-JAD |
|     **Hilda A. Natta,** | : | |
|            **Debtor** | : | Chapter 13 |
| | : | |

## CERTIFICATE OF SERVICE OF AMENDED
## CHAPTER 13 PLAN DATED JULY 18, 2019

I, Kenneth P. Seitz, Esquire for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 22nd day of July, 2019, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan with attached Amended Chapter 13 Plan dated July 18, 2019, along with a copy of the Order dated July 19, 2019, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: <u>July 22, 2019</u>

                                                                                                 Respectfully submitted,
                                                                                                 /s/ Jessica L. Tighe
                                                                                                 Jessica L. Tighe; Legal Asst.
                                                                                                 Law Offices of Kenny P. Seitz
                                                                                                 P. O. Box 211
                                                                                                 Ligonier, PA  15658
                                                                                                 (814) 536-7470

_____

*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 17-70314-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Wed Oct 24 14:46:22 EDT 2018 | Nationstar Mortgage LLC<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Chase Card<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Comenity Capital/mprc<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenitycapital/boscov<br>Comenity Bank<br>Po Box 182125<br>Columbus, OH 43218-2125 | G A P Federal Credit U<br>111 Franklin St Rm 224<br>Johnstown, PA 15901-1876 |
| GAP FCU<br>194 Donald Lane<br>Suite #3<br>Johnstown, PA 15904-2840 | Kohls/Capital One<br>Kohls Credit<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | LVNV Funding, LLC its successors and assigns<br>assignee of SALLIE MAE BANK<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC its successors and assigns<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lending Club Corp<br>71 Stevenson St<br>Suite 300<br>San Francisco, CA 94105-2985 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090-2011 |
| Nationstar Mortgage, LLC<br>8950 Cypress Waters Boulevard<br>Coppell, TX 75019-4620 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Prime Solutions, LLC<br>520 Mendocino Avenue, Suite 330<br>Santa Rosa, CA 95401-5255 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Syncb/wolf Furniture<br>Po Box 965064<br>Orlando, FL 32896-5064 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/Sams<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 |
| Wells Fargo Bank, N.A.<br>1 Home Campus<br>Attention: Payment Processing<br>MAC #X2302-04C<br>Des Moines IA 50328-0001 | Wells Fargo Bank, N.A.<br>Attn: Payment Processing<br>MAC #X2302-04C<br>One Home Campus<br>Des Moines, IA 50328-0001 | Hilda A Natta<br>414 Nees Avenue<br>Johnstown, PA 15904-1224 |

Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658-0211

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Po Box 982238
El Paso, TX 79998

Nationstar Mortgage, LLC
ATTN: Bankruptcy Department
P.O. Box 619096
Dallas, TX 75261-9741

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)NATIONSTAR MORTGAGE LLC

(u)Wells Fargo Bank, N.A.

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021


End of Label Matrix
Mailable recipients    31
Bypassed recipients     3
Total                  34