# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

|  |  |
|---|---|
| **Debtor:** | HILDA A NATTA |
| **Case Number:** | 17-70314-JAD     **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 29, 2019 11:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
8/30/19 8:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#51 Amended Plan Dated 7/18/2019 (FC)
R / M #:  51 / 0

### Appearances:

Debtor: *Seitz*
Trustee: Winnecour / Pail / **Katz** / DeSimone
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

Debtor to convert case w/in 30 days (time needed because debtor was hospitalized)

8/20/2019   11:47:23 AM