# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-70314-JAD |
| Hilda A. Natta, | : | |
| Debtor | : | Chapter 13 |
| | : | |

## CERTIFICATE OF SERVICE OF AMENDED
## CHAPTER 13 PLAN DATED SEPTEMBER 26, 2019

I, Kenneth P. Seitz, Esquire for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 27th day of September, 2019, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan with attached Amended Chapter 13 Plan dated September 26, 2019, along with a copy of the Order dated September 26, 2019, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: <u>September 27, 2019</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

_____
*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 17-70314-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Fri Sep 27 12:34:39 EDT 2019 | Nationstar Mortgage LLC<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129-2386 | 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Chase Card<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Comenity Capital/mprc<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenitycapital/boscov<br>Comenity Bank<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| G A P Federal Credit U<br>111 Franklin St Rm 224<br>Johnstown, PA 15901-1876 | GAP FCU<br>194 Donald Lane<br>Suite #3<br>Johnstown, PA 15904-2840 | Kohls/Capital One<br>Kohls Credit<br>Po Box 3043<br>Milwaukee, WI 53201-3043 |
| LVNV Funding, LLC its successors and assigns<br>assignee of SALLIE MAE BANK<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lending Club Corp<br>71 Stevenson St<br>Suite 300<br>San Francisco, CA 94105-2985 |
| MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090-2011 | Nationstar Mortgage, LLC<br>8950 Cypress Waters Boulevard<br>Coppell, TX 75019-4620 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Prime Solutions, LLC<br>520 Mendocino Avenue, Suite 330<br>Santa Rosa, CA 95401-5255 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 | Syncb/wolf Furniture<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank/Sams<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | Wells Fargo Bank, N.A.<br>1 Home Campus<br>Attention: Payment Processing<br>MAC #X2302-04C<br>Des Moines IA 50328-0001 |

| | | |
|---|---|---|
| Wells Fargo Bank, N.A.<br>Attn: Payment Processing<br>MAC #X2302-04C<br>One Home Campus<br>Des Moines, IA 50328-0001 | Hilda R Natta<br>c/o Cheri Aiman<br>628 Irwin Run Road<br>West Mifflin, PA 15122-1010 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bank Of America<br>Po Box 982238<br>El Paso, TX 79998 | Nationstar Mortgage, LLC<br>ATTN: Bankruptcy Department<br>P.O. Box 619096<br>Dallas, TX 75261-9741 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)NATIONSTAR MORTGAGE LLC | (u)Wells Fargo Bank, N.A. | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

End of Label Matrix
Mailable recipients   33
Bypassed recipients    3
Total                 36