Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Hilda A Natta**
Debtor(s)

Bankruptcy Case No.: 17–70314–JAD
Doc. No. 65
Chapter: 13
Docket No.: 66 – 65
Concil. Conf.: April 16, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **March 2, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 16, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **April 16, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 16, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 17-70314-JAD
Hilda A Natta                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7         User: msch              Page 1 of 2              Date Rcvd: Jan 16, 2020
                             Form ID: 410            Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2020.
```
db         +Hilda A Natta,    c/o Cheri Aiman,    628 Irwin Run Road,    West Mifflin, PA 15122-1010
cr         +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
             Boca Raton, FL  33487,    U.S.A 33487-2853
cr         +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14407051   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  Bank Of America,    Po Box 982238,    El Paso, TX 79998)
14651957   +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14660114    Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14407053   +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14681753   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:  Nationstar Mortgage, LLC,    ATTN: Bankruptcy Department,
             P.O. Box 619096,    Dallas, TX 75261-9741)
14407060   +Nationstar Mortgage, LLC,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
14407061   +Prime Solutions, LLC,    520 Mendocino Avenue, Suite 330,    Santa Rosa, CA 95401-5255
15116320   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
14882969   +Wells Fargo Bank, N.A.,    1 Home Campus,    Attention: Payment Processing,    MAC #X2302-04C,
             Des Moines IA 50328-0001
14756123   +Wells Fargo Bank, N.A.,    Attn: Payment Processing,    MAC #X2302-04C,    One Home Campus,
             Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14407052   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 17 2020 03:23:22      Capital  One,
             Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14407054   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 17 2020 03:16:00      Comenity Capital/mprc,
             Po Box 182125,    Columbus, OH 43218-2125
14407055   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 17 2020 03:16:00      Comenitycapital/boscov,
             Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14407056   +E-mail/Text: gapcollections@atlanticbb.net Jan 17 2020 03:17:28      G A P Federal Credit U,
             111 Franklin St Rm 224,    Johnstown, PA 15901-1876
14407057   +E-mail/Text: gapcollections@atlanticbb.net Jan 17 2020 03:17:28      GAP FCU,    194 Donald Lane,
             Suite #3,    Johnstown, PA 15904-2840
14407058   +E-mail/Text: bncnotices@becket-lee.com Jan 17 2020 03:15:48      Kohls/Capital One,
             Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
14678647    E-mail/PDF: resurgentbknotifications@resurgent.com Jan 17 2020 03:24:16      SALLIE MAE BANK,
             LVNV Funding, LLC its successors and assigns as,    assignee of SALLIE MAE BANK,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14745463    E-mail/PDF: resurgentbknotifications@resurgent.com Jan 17 2020 03:24:17
             LVNV Funding, LLC its successors and assigns as as,    PO Box 10587,
             Greenville, SC  29603-0587
14407059   +E-mail/Text: bk@lendingclub.com Jan 17 2020 03:17:35      Lending Club Corp,    71 Stevenson St,
             Suite 300,    San Francisco, CA 94105-2985
14672948   +E-mail/Text: bankruptcydpt@mcmcg.com Jan 17 2020 03:16:47      MIDLAND FUNDING LLC,
             PO BOX 2011,    WARREN, MI 48090-2011
14408041   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2020 03:24:08
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14644246    E-mail/Text: bnc-quantum@quantum3group.com Jan 17 2020 03:16:19
             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14407062   +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:23:51      Syncb/wolf Furniture,
             Po Box 965064,    Orlando, FL 32896-5064
14680077   +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:22:30      Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
14407063   +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:22:32      Synchrony Bank/Sams,
             Po Box 965064,    Orlando, FL 32896-5060
14407064   +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2020 03:23:52      Synchrony Bank/Walmart,
             Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 16
```

        ***** BYPASSED RECIPIENTS   (undeliverable, * duplicate) *****
```
cr              NATIONSTAR MORTGAGE LLC
cr              Wells Fargo Bank, N.A.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-7           User: msch                  Page 2 of 2           Date Rcvd: Jan 16, 2020
                               Form ID: 410                Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Karina   Velter    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
          Kenneth P. Seitz    on behalf of Debtor Hilda A Natta thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```