**Form 408**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Hilda A Natta**
Debtor(s)

Bankruptcy Case No.: 17–70314–JAD
Related To Doc. No. 70
Chapter: 13
Docket No.: 71 – 70

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

 **AND NOW,** this The 26th of May, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above–captioned proceeding,

 **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/24/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/8/20 at 11:00 AM in** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

 **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

 In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/24/20.**

 Jeffery A. Deller
 United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-70314-JAD
Hilda A Natta                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch           Page 1 of 2           Date Rcvd: May 26, 2020
                             Form ID: 408          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2020.
db         +Hilda A Natta,   c/o Cheri Aiman,   628 Irwin Run Road,   West Mifflin, PA 15122-1010
cr         +Nationstar Mortgage LLC,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Ave., Suite 100,
             Boca Raton, FL  33487,   U.S.A 33487-2853
cr         +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386
14407051   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
14651957   +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
14660114    Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
14681753   ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,   ATTN: Bankruptcy Department,
             P.O. Box 619096,   Dallas, TX 75261-9741)
14407060   +Nationstar Mortgage, LLC,   8950 Cypress Waters Boulevard,   Coppell, TX 75019-4620
14407061   +Prime Solutions, LLC,   520 Mendocino Avenue, Suite 330,   Santa Rosa, CA 95401-5255
15116320   +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
14882969   +Wells Fargo Bank, N.A.,   1 Home Campus,   Attention: Payment Processing,   MAC #X2302-04C,
             Des Moines IA 50328-0001
14756123   +Wells Fargo Bank, N.A.,   Attn: Payment Processing,   MAC #X2302-04C,   One Home Campus,
             Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14407052   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 27 2020 03:58:59    Capital One,
             Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14407054   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 27 2020 03:51:05    Comenity Capital/mprc,
             Po Box 182125,   Columbus, OH 43218-2125
14407055   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 27 2020 03:51:06    Comenitycapital/boscov,
             Comenity Bank,   Po Box 182125,   Columbus, OH 43218-2125
14407056   +E-mail/Text: gapcollections@atlanticbb.net May 27 2020 03:51:40    G A P Federal Credit U,
             111 Franklin St Rm 224,   Johnstown, PA 15901-1876
14407057   +E-mail/Text: gapcollections@atlanticbb.net May 27 2020 03:51:40    GAP FCU,   194 Donald Lane,
             Suite #3,   Johnstown, PA 15904-2840
14407053    E-mail/PDF: ais.chase.ebn@americaninfosource.com May 27 2020 03:58:56    Chase Card,
             Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850
14407058   +E-mail/Text: bncnotices@becket-lee.com May 27 2020 03:50:54    Kohls/Capital One,
             Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
14678647    E-mail/PDF: resurgentbknotifications@resurgent.com May 27 2020 03:57:17
             LVNV Funding, LLC its successors and assigns as,   assignee of SALLIE MAE BANK,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14745459    E-mail/PDF: resurgentbknotifications@resurgent.com May 27 2020 03:57:17
             LVNV Funding, LLC its successors and assigns as as,   PO Box 10587,
             Greenville, SC  29603-0587
14407059   +E-mail/Text: bk@lendingclub.com May 27 2020 03:51:45    Lending Club Corp,   71 Stevenson St,
             Suite 300,   San Francisco, CA 94105-2985
14672948   +E-mail/Text: bankruptcydpt@mcmcg.com May 27 2020 03:51:22    MIDLAND FUNDING LLC,
             PO BOX 2011,   WARREN, MI 48090-2011
14408041   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 27 2020 08:07:29
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14644246    E-mail/Text: bnc-quantum@quantum3group.com May 27 2020 03:51:11
             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
14407062   +E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 03:57:48    Syncb/wolf Furniture,
             Po Box 965064,   Orlando, FL 32896-5064
14680077   +E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 03:57:03    Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
14407063   +E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 03:57:48    Synchrony Bank/Sams,
             Po Box 965060,   Orlando, FL 32896-5060
14407064   +E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 03:58:44    Synchrony Bank/Walmart,
             Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
                                                                             TOTAL: 17


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          NATIONSTAR MORTGAGE LLC
cr          Wells Fargo Bank, N.A.
cr*        +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-7          User: msch               Page 2 of 2          Date Rcvd: May 26, 2020
                             Form ID: 408              Total Noticed: 29
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
         James  Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
         Karina  Velter    on behalf of Creditor   Wells Fargo Bank, N.A. amps@manleydeas.com
         Kenneth P. Seitz    on behalf of Debtor Hilda A Natta thedebterasers@aol.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                      TOTAL: 5
```