**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>HILDA A NATTA<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>       Movant<br>       vs.<br>No Respondents. | Case No.:17-70314 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

    4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

May 26, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/20/2017 and confirmed on 7/24/17. The case was subsequently       Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 37,521.30 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 37,521.30 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,529.00 | |
|    Trustee Fee | 1,635.94 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,164.94 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   SPECIALIZED LOAN SERVICING LLC | 20,017.79 | 20,017.79 | 0.00 | 20,017.79 |
|     Acct: 4859 | | | | |
|   SPECIALIZED LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4859 | | | | |
|   GAP FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4426 | | | | |
|   GAP FCU | 10,943.94 | 10,943.94 | 467.58 | 11,411.52 |
|     Acct: 4426 | | | | |
| | | | | 31,429.31 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HILDA A NATTA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,529.00 | 3,529.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA** | 12,092.42 | 246.44 | 0.00 | 246.44 |
|     Acct: 1181 | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3281 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1394 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FI | 443.59 | 9.04 | 0.00 | 9.04 |
|     Acct: 2748 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FI | 1,918.06 | 39.09 | 0.00 | 39.09 |
|     Acct: 8082 | | | | |
|   GAP FCU | 3,507.02 | 71.47 | 0.00 | 71.47 |
|     Acct: 4426 | | | | |
|   GAP FCU | 884.83 | 18.03 | 0.00 | 18.03 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4426 | | | | |
| GAP FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2130 | | | | |
| GAP FCU | 2,420.60 | 49.33 | 0.00 | 49.33 |
| Acct: 4426 | | | | |
| CAPITAL ONE NA** | 694.17 | 14.15 | 0.00 | 14.15 |
| Acct: 2175 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 14,070.94 | 286.77 | 0.00 | 286.77 |
| Acct: 2034 | | | | |
| PRIME SOLUTIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4426 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA F( | 6,779.59 | 138.17 | 0.00 | 138.17 |
| Acct: 0449 | | | | |
| SYNCHRONY BANK | 110.00 | 2.24 | 0.00 | 2.24 |
| Acct: 0899 | | | | |
| MIDLAND FUNDING LLC | 2,567.08 | 52.32 | 0.00 | 52.32 |
| Acct: 0874 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0874 | | | | |
| | | | | 927.05 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 32,356.36 |

| TOTAL | |
|---|---:|
| CLAIMED | 0.00 |
| PRIORITY | 30,961.73 |
| SECURED | 45,488.30 |

Date: 05/26/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   HILDA A NATTA<br><br>        Debtor(s)<br><br>   Ronda J. Winnecour<br>        Movant<br>    vs.<br>   No Repondents. | Case No.:17-70314 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.


                                                                         BY THE COURT:

                                                                         U.S. BANKRUPTCY JUDGE

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 17-70314-JAD
Hilda A Natta                                                           Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-7          User: msch                  Page 1 of 2                  Date Rcvd: May 26, 2020
                              Form ID: pdf900             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2020.
db             +Hilda A Natta,    c/o Cheri Aiman,    628 Irwin Run Road,    West Mifflin, PA 15122-1010
cr             +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
                 Boca Raton, FL 33487,    U.S.A 33487-2853
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14407051      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank Of America,     Po Box 982238,    El Paso, TX 79998)
14651957       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14660114        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14681753      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC,     ATTN: Bankruptcy Department,
                 P.O. Box 619096,    Dallas, TX 75261-9741)
14407060       +Nationstar Mortgage, LLC,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
14407061       +Prime Solutions, LLC,    520 Mendocino Avenue, Suite 330,    Santa Rosa, CA 95401-5255
15116320       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14882969       +Wells Fargo Bank, N.A.,    1 Home Campus,    Attention: Payment Processing,    MAC #X2302-04C,
                 Des Moines IA 50328-0001
14756123       +Wells Fargo Bank, N.A.,    Attn: Payment Processing,    MAC #X2302-04C,    One Home Campus,
                 Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14407052       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 27 2020 04:12:02      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14407054       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 27 2020 03:51:04      Comenity Capital/mprc,
                 Po Box 182125,    Columbus, OH 43218-2125
14407055       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 27 2020 03:51:04      Comenitycapital/boscov,
                 Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14407056       +E-mail/Text: gapcollections@atlanticbb.net May 27 2020 03:51:40      G A P Federal Credit U,
                 111 Franklin St Rm 224,    Johnstown, PA 15901-1876
14407057       +E-mail/Text: gapcollections@atlanticbb.net May 27 2020 03:51:40      GAP FCU,    194 Donald Lane,
                 Suite #3,    Johnstown, PA 15904-2840
14407053        E-mail/PDF: ais.chase.ebn@americaninfosource.com May 27 2020 03:57:59      Chase Card,
                 Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850
14407058       +E-mail/Text: bncnotices@becket-lee.com May 27 2020 03:50:53      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
14678647        E-mail/PDF: resurgentbknotifications@resurgent.com May 27 2020 03:57:16
                 LVNV Funding, LLC its successors and assigns as,    assignee of SALLIE MAE BANK,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14745463        E-mail/PDF: resurgentbknotifications@resurgent.com May 27 2020 03:57:16
                 LVNV Funding, LLC its successors and assigns as as,    PO Box 10587,
                 Greenville, SC 29603-0587
14407059       +E-mail/Text: bk@lendingclub.com May 27 2020 03:51:44      Lending Club Corp,    71 Stevenson St,
                 Suite 300,    San Francisco, CA 94105-2985
14672948       +E-mail/Text: bankruptcydpt@mcmcg.com May 27 2020 03:51:22      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
14408041       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 27 2020 08:07:29
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14644246        E-mail/Text: bnc-quantum@quantum3group.com May 27 2020 03:51:09
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14407062       +E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 03:57:02      Syncb/wolf Furniture,
                 Po Box 965064,    Orlando, FL 32896-5064
14680077       +E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 03:57:02      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
14407063       +E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 03:57:00      Synchrony Bank/Sams,
                 Po Box 965060,    Orlando, FL 32896-5060
14407064       +E-mail/PDF: gecsedi@recoverycorp.com May 27 2020 03:57:44      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr              Wells Fargo Bank, N.A.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-7           User: msch                  Page 2 of 2              Date Rcvd: May 26, 2020
                               Form ID: pdf900             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
          James    Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Karina   Velter    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
          Kenneth P. Seitz    on behalf of Debtor Hilda A Natta thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 5
```