FILED
6/25/20 2:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    HILDA A NATTA

           Debtor(s)

  Ronda J. Winnecour
           Movant
         vs.
  No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 17-70314-JAD

Chapter 13

Related To Doc. No. 70

ORDER OF COURT

    AND NOW, this 25th day of June, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4) Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                          BY THE COURT:

                          JEFFERY A. DELLER
                          U.S. BANKRUPTCY JUDGE

mas

```
                            United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                              Case No. 17-70314-JAD
Hilda A Natta                                                       Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-7          User: culy              Page 1 of 2            Date Rcvd: Jun 25, 2020
                              Form ID: pdf900         Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2020.
db             +Hilda A Natta,    c/o Cheri Aiman,    628 Irwin Run Road,    West Mifflin, PA 15122-1010
cr             +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
                 Boca Raton, FL 33487,    U.S.A 33487-2853
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14407051       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank Of America,    Po Box 982238,    El Paso, TX 79998)
14651957       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14660114        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14681753       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC,    ATTN: Bankruptcy Department,
                 P.O. Box 619096,    Dallas, TX 75261-9741)
14407060       +Nationstar Mortgage, LLC,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
14407061       +Prime Solutions, LLC,    520 Mendocino Avenue, Suite 330,    Santa Rosa, CA 95401-5255
15116320       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14882969       +Wells Fargo Bank, N.A.,    1 Home Campus,    Attention: Payment Processing,    MAC #X2302-04C,
                 Des Moines IA 50328-0001
14756123       +Wells Fargo Bank, N.A.,    Attn:   Payment Processing,    MAC #X2302-04C,   One Home Campus,
                 Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14407052       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 26 2020 03:49:30      Capital  One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14407054       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 26 2020 03:47:44      Comenity Capital/mprc,
                 Po Box 182125,    Columbus, OH 43218-2125
14407055       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 26 2020 03:47:44      Comenitycapital/boscov,
                 Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14407056       +E-mail/Text: gapcollections@atlanticbb.net Jun 26 2020 03:48:29      G A P Federal Credit U,
                 111 Franklin St Rm 224,    Johnstown, PA 15901-1876
14407057       +E-mail/Text: gapcollections@atlanticbb.net Jun 26 2020 03:48:29      GAP FCU,    194 Donald Lane,
                 Suite #3,    Johnstown, PA 15904-2840
14407053        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 26 2020 03:50:29      Chase Card,
                 Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850
14407058       +E-mail/Text: bncnotices@becket-lee.com Jun 26 2020 03:47:35      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
14678647        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 26 2020 03:49:36
                 LVNV Funding, LLC its successors and assigns as,    assignee of SALLIE MAE BANK,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14745463        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 26 2020 03:49:36
                 LVNV Funding, LLC its successors and assigns as as,    PO Box 10587,
                 Greenville, SC  29603-0587
14407059       +E-mail/Text: bk@lendingclub.com Jun 26 2020 03:48:33      Lending Club Corp,    71 Stevenson St,
                 Suite 300,    San Francisco, CA 94105-2985
14672948       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 26 2020 03:48:09      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
14408041       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 26 2020 03:49:36
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14644246        E-mail/Text: bnc-quantum@quantum3group.com Jun 26 2020 03:47:50
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14407062       +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2020 03:49:55      Syncb/wolf Furniture,
                 Po Box 965064,    Orlando, FL 32896-5064
14680077       +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2020 03:49:55      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
14407063       +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2020 03:49:54      Synchrony Bank/Sams,
                 Po Box 965060,    Orlando, FL 32896-5060
14407064       +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2020 03:49:55      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 17

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               NATIONSTAR MORTGAGE LLC
cr               Wells Fargo Bank, N.A.
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-7           User: culy                    Page 2 of 2                 Date Rcvd: Jun 25, 2020
                               Form ID: pdf900               Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2020 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Karina  Velter    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
          Kenneth P. Seitz    on behalf of Debtor Hilda A Natta thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                      TOTAL: 5
```